PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NV SBN 14609
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG LEON THOMPSON,<br><br>                Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br>                Defendant. | Case No.: 1:24-cv-00658-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 16) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, offer the claimant a supplemental hearing

1  and issue a new decision.  The parties further request that the Clerk of the Court be directed to

2  enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of

3  the Commissioner.

4                                             Respectfully submitted,

5  Dated: October 14, 2024               LAW OFFICES OF FRANCESCO BENAVIDES

6                                             *s/ Francesco Paulo Benavides[*]*
                                           FRANCESCO PAULO BENAVIDES
7                                          Attorney for Plaintiff
                                           (*as authorized via e-mail)
8
   Dated:  October 14, 2024              PHILLIP A. TALBERT
9                                          United States Attorney

10                                          MATHEW W. PILE
                                           Associate General Counsel
11                                          Office Of Program Litigation, Office 7

12                                          *s/ Michelle A. Pavelek*
                                           MICHELLE A. PAVELEK
13                                          Special Assistant United States Attorney
                                           Attorney for Defendant
14

15                                        **ORDER**

16       Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant

17  to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc.

18  16), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

19  above-captioned action is remanded to the Commissioner of Social Security for further

20  proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court shall enter

21  a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final

22  decision of the Commissioner and shall thereafter close this case.

23

24  IT IS SO ORDERED.

1 | Dated: **October 14, 2024**         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE